# OFFICE OF THE CIRCUIT MEDIATOR
UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| **THOMAS F. BALL III**<br>CHIEF CIRCUIT MEDIATOR<br>PALMYRA, VIRGINIA | **EDWARD G. SMITH**<br>CIRCUIT MEDIATOR<br>106 RIVER FALLS DRIVE<br>DUNCAN, SC 29334<br>(864) 433-1511<br>FAX (864) 433-1519<br>Edward_Smith@ca4.uscourts.gov | **DONNA S. HART**<br>SENIOR RESIDENT CIRCUIT<br>MEDIATOR<br>DURHAM, NORTH CAROLINA<br><br>**FRANK C. LANEY**<br>CIRCUIT MEDIATOR<br>CARY, NORTH CAROLINA |
|---|---|---|

April 28, 2014

Re: 14-1343, Robin York v. Property and Casualty Ins.

## **NOTICE OF RESCHEDULED MEDIATION**

Dear Counsel:

This letter will confirm that the mediation conference has been rescheduled for May 20, 2014 at 9:00am EASTERN time.

Thank you for your assistance in this matter.

Sincerely,

Edward G. Smith
Circuit Mediator

Copies:  James Graham Bordas III
Michael H. Carpenter
Renatha Garner
Katheryn Meagan Lloyd
John L. MacCorkle
Michelle Lee Marinacci
C. Benjamin Salango
Catherine Emily Stetson